UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July, two thousand and fourteen,

_____

In Re: 650 Fifth Avenue and related properties

-------------------------------------------------------------------

Jason Kirschenbaum, Isabelle Kirschenbaum, on her own behalf and as Executrix of the Estate of Martin Kirschenbaum, Joshua Kirschenbaum, David Kirschenbaum, Danielle Teitlebaum,

　　　　Petitioners - Appellees,

v.

ASSA Corporation, ASSA Company Limited,

　　　　Respondents,

650 Fifth Avenue Company, Alavi Foundation,

　　　　Respondents - Appellants.
_____

**ORDER**
Docket No: 14-1963

　　Counsel for APPELLANT 650 Fifth Avenue Company, Alavi Foundation has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 01, 2014 as the brief filing date.

　　It is HEREBY ORDERED that APPELLANT 650 Fifth Avenue Company, Alavi Foundation brief must be filed on or before October 01, 2014. The appeal is dismissed effective October 01, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

　　　　　　　　　　　　　　　　　　For The Court:

　　　　　　　　　　　　　　　　　　Catherine O'Hagan Wolfe,
　　　　　　　　　　　　　　　　　　Clerk of Court

