**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **ROBERT A. KATZMANN** | **CATHERINE O'HAGAN WOLFE** |
| **CHIEF JUDGE** | **CLERK OF COURT** |

| | |
|---|---|
| Date: July 24, 2014 | DC Docket #: 13−cv−1825 |
| Docket #: 14−1963cv | DC Court: SDNY (NEW YORK CITY) |
| Short Title: Kirschenbaum v. ASSA Corporation | DC Judge: Forrest |

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212−857−8612.