# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand and fourteen.

Before:     Ralph K. Winter,
                 *Circuit Judge*.

_____

| | |
|---|---|
| In re 650 Fifth Avenue and related properties <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> Jason Kirschenbaum, *et al.*, <br>     Petitioners-Appellees, <br><br> Anna Beer, *et al.*, <br>     Plaintiffs-Appellees, <br><br> v. <br><br> ASSA Corporation, ASSA Company Limited, <br>     Respondents, <br><br> 650 Fifth Avenue Company, Alavi Foundation, <br>     Respondents-Appellants, <br><br> Islamic Republic of Iran, *et al.*, <br>     Defendants. | **ORDER** <br> Docket Nos. 14-1963 (L); <br>                    14-1967 (Con); <br>                    14-1971 (Con); <br>                    14-1974 (Con); <br>                    14-1978 (Con); <br>                    14-1982 (Con); <br>                    14-1986 (Con); <br>                    14-1988 (Con); <br>                    14-1996 (Con); <br>                    14-2098 (Con) |
| _____ <br> Fiona Havlish, individually and <br> on behalf of the Estate of Donald G. Havlish, Jr., *et al.*, <br>     Plaintiffs-Appellees, <br><br> United States of America, <br>     Plaintiff-Counter-Defendant-Appellee, <br><br>    v. <br><br> Alavi Foundation, 650 Fifth Avenue Company, <br>    Defendant-Appellant, <br><br> All Right, Title, and Interest of ASSA Corporation, *et al.*, <br>     Defendants. <br> _____ | **ORDER** <br> Docket No. 14-2027 |

In the appeal docketed in 14-2027, the Government moves for (1) an extended deadline of January 29, 2015 to file a response brief, and (2) leave to file an oversized response brief not to exceed 42,722 words.

In the appeals docketed in 14-1963 (L) and 14-2027, Plaintiffs-Appellees move (1) for an extension of time until January 29, 2015 to file a response brief, (2) for leave to file their response brief under seal, publicly filing a redacted version thereof within 7 days of the filing of the sealed brief, and (3) to set a filing deadline of March 12, 2015 for Appellants' reply briefs.

IT IS HEREBY ORDERED that the motions are GRANTED in all respects. No parties will be granted any further extensions of time.

> For the Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court